```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :   21 Cr. 423 (JPC)
                                                                  :
DILLON JORDAN,                                                    :   ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The arraignment for Dillon Jordan is scheduled for Thursday, July 29, 2021 at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10010.

    SO ORDERED.

Dated: July 16, 2021
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge