UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA                   :

    -v-                                               :           21 Cr. 423 (JPC)

DILLON JORDAN,                               :           <u>ORDER</u>

                       Defendant.                 :

-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By 5:00 p.m. EST on July 28, 2021, Defendant shall inform the Court whether he has retained counsel or whether he plans to seek Court-appointed representation. If Defendant has retained counsel, Defendant need not appear before the magistrate judge on July 29, 2021. Instead, Defendant shall only appear before Judge Cronan as scheduled on July 29, 2021 at 3:00 p.m. EST. If Defendant has not retained counsel, Defendant must appear before the magistrate judge for appointment of counsel prior to appearing before Judge Cronan on July 29, 2021 at 3:00 p.m. EST.

      SO ORDERED.

Dated: July 27, 2021
      New York, New York                              _____
                                                                JOHN P. CRONAN
                                                           United States District Judge