March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Dillon Jordan        ,
           Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 423 (JPC) (  )

Defendant __Dillon Jordan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance

**X**    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

DILLON JORDAN
Print Defendant's Name

_____
Defense Counsel's Signature

Ilana Haramati
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/29/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge