

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Dillon Jordan*, 21 Cr. 423 (JPC)

Dear Judge Cronan:

    The Government respectfully requests to adjourn the discovery deadline of September 9, 2021, and the pretrial conference scheduled for October 25, 2021, for four weeks. Because the Government was waiting on instructions from defense counsel regarding the preferred format of the production of the email discovery, the Government requests an additional four weeks to allow the vendor sufficient time to prepare the email discovery for production. For this reason and the reasons articulated at the prior Court conference, the Government respectfully requests to exclude time pursuant to the Speedy Trial Act until the date of the adjourned pretrial conference. The defendant consents to the adjournment requests and the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084