

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Dillon Jordan*, 21 Cr. 423 (JPC)

Dear Judge Cronan:

      The Government respectfully requests to adjourn the discovery deadline of September 9, 2021, and the pretrial conference scheduled for October 25, 2021, for four weeks. Because the Government was waiting on instructions from defense counsel regarding the preferred format of the production of the email discovery, the Government requests an additional four weeks to allow the vendor sufficient time to prepare the email discovery for production. For this reason and the reasons articulated at the prior Court conference, the Government respectfully requests to exclude time pursuant to the Speedy Trial Act until the date of the adjourned pretrial conference. The defendant consents to the adjournment requests and the exclusion of time.

The discovery deadline is adjourned to October 7, 2021. The status conference scheduled for October 25, 2021 is adjourned to November 22, 2021 at 2:00 p.m. The Government's request for time between October 25, 2021 and November 22, 2021 to be excluded under the Speedy Trial Act is GRANTED. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until November 22, 2021 outweigh the interests of the public and the defendants in a speedy trial, by allowing time for the defendants and their counsel to review discovery, for the defendants and their counsel to consider and prepare any pretrial motions, and for the parties to engage in discussions concerning possible dispositions.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/_____
     Cecilia E. Vogel
     Assistant United States Attorney
     (212) 637-1084

SO ORDERED
Date: August 30, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge