

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

January 19, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
Courtroom 12D
New York, NY 10007

  Re: *United States v. Dillon Jordan*, 21-cr-423 (JPC)

Dear Judge Cronan:

  We represent defendant Dillon Jordan in the above-captioned case. We write to respectfully request a 60-day adjournment of the status conference scheduled for January 24, 2022. We require this additional time to continue discussions with the government regarding a potential resolution short of trial. We consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

  We have conferred with counsel for the government who consents to this request.

        Respectfully submitted,

         /s/ IH
        Henry E. Mazurek
        Ilana Haramati
        Meister Seelig & Fein LLP
        125 Park Avenue, Suite 700
        New York, New York 10017

        *Counsel for Defendant Dillon Jordan*

cc: Counsel of record (*via ECF*)

This request is granted. The status conference scheduled for January 24, 2022 is adjourned to March 28, 2022 at 11:00 a.m. With the consent of Dillon Jordan, by and through his attorney Ilana Haramati, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until March 28, 2022 outweigh the interests of the public and the defendant in a speedy trial, by allowing time for the parties to engage in discussions concerning possible disposition.

SO ORDERED.
Date: January 19, 2022
New York, New York

        JOHN P. CRONAN
        United States District Judge