UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DILLON D JORDAN  Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 423 ) ( )

Defendant ___DILLON D JORDAN___ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

DILLON D JORDAN
Print Defendant's Name

_____
Defendant's Counsel's Signature

HENRY E. MAZUREK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/24/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge