

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 21, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
Courtroom 12D
New York, NY 10007

Re:   *United States v. Dillon Jordan*, 21-cr-423 (JPC)

Dear Judge Cronan:

We represent defendant Dillon Jordan in the above-captioned case. We write to respectfully request a 30-day adjournment of the motions schedule to allow the parties time to continue ongoing plea negotiations in an effort to resolve this case short of trial. Specifically, we request the following amended motions schedule:

| Filing | Current Date | Requested Date |
|---|---|---|
| Pretrial Motions | June 24, 2022 | August 12, 2022 |
| Oppositions | July 22, 2022 | September 16, 2022 |
| Replies | August 5, 2022 | September 30, 2022 |

We further request a similar adjournment of the August 17, 2022 conference scheduled to address the motions. We have conferred with counsel for the government who consents to this adjournment request. Finally, we consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

Respectfully submitted,

_____/s/ IH_____
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Dillon Jordan*

cc:   Counsel of record (*via ECF*)

---

The Court approves the amended motions schedule and adjourns the August 17, 2022 conference until October 7, 2022 at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10010. With the consent of Dillon Jordan, by and through his attorney Ilana Haramati, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until October 10, 2022, outweigh the interests of the public and the defendant in a speedy trial, by allowing the parties time to continue ongoing plea negotiations. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 28.

SO ORDERED.
Date: June 22, 2022
New York, New York

JOHN P. CRONAN
United States District Judge