

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 12, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
Courtroom 12D
New York, NY 10007

    Re:    *United States v. Dillon Jordan*, 21-cr-423 (JPC)

Dear Judge Cronan:

    We represent defendant Dillon Jordan in the above-captioned case.  We write to respectfully request a 14-day adjournment of the motions schedule to allow the parties time to continue ongoing plea negotiations in an effort to resolve this case short of trial.  Specifically, we request the following amended motions schedule:

| Filing | Current Date | Requested Date |
| --- | --- | --- |
| Pretrial Motions | August 12, 2022 | August 26, 2022 |
| Oppositions | September 16, 2022 | September 30, 2022 |
| Replies | September 30, 2022 | October 14, 2022 |

We further request a similar adjournment of the October 7, 2022 conference scheduled to address the motions.  We have conferred with counsel for the government who consents to this adjournment request.  Finally, we consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

                                                        Respectfully submitted,

                                                        /s/ JIS
                                               Henry E. Mazurek
                                             Ilana Haramati
                                             Jason I. Ser
                                             Meister Seelig & Fein LLP
                                             125 Park Avenue, Suite 700
                                             New York, New York 10017

                                             *Counsel for Defendant Dillon Jordan*

cc:    Counsel of record (*via ECF*)