

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

**VIA ECF**

January 17, 2023

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

   Re:   *United States v. Dillon Jordan*, **21-cr-423 (JPC)**

Dear Judge Cronan:

   We write on behalf of our client Dillon Jordan to request an adjournment of his sentencing hearing currently scheduled on January 30, 2023. We require additional time to resolve outstanding issues before sentencing with the government.

   We have conferred with counsel for the government (AUSA Cecilia Vogel), who consents to this adjournment. If the Court's schedule permits, the parties seek to reschedule the sentencing hearing to February 7, 9, or 10, 2023. The government is not available the following week, starting February 13, 2023.

                         Respectfully submitted,

                         /S/HEM
                         Henry E. Mazurek
                         Jason I. Ser
                         *Counsel for Defendant Dillon Jordan*

The request is granted. The sentencing currently scheduled for January 30, 2023 is adjourned until February 9, 2023 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. Defendant shall file his sentencing submission by January 27, 2023. The Government shall file its sentencing submission by February 3, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 42.

cc:   Counsel of record (*via ECF* and *email*)

SO ORDERED.
Date:  January 17, 2023
New York, New York

                         JOHN P. CRONAN
                         United States District Judge