

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

**VIA ECF**

April 18, 2023

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

The request is granted. Defendant shall report to commence his sentence of imprisonment on July 10, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 57.

SO ORDERED.
Date: April 19, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re: *United States v. Dillon Jordan*, 21-cr-423 (JPC)

Dear Judge Cronan:

We write on behalf of defendant Dillon Jordan to request that the Court extend Mr. Jordan's reporting date to his designated facility at the federal Bureau of Prisons (BOP). Currently, Mr. Jordan is due to report to commence his sentencing of imprisonment on May 1, 2023. We respectfully request that this date be extended to Monday, July 10, 2023. We make this request, with consent of the government, for two reasons. First, Mr. Jordan has yet to be designated to his permanent facility at which he will serve his sentence of 60 months in the custody of the Attorney General. In addition, recent storms in the Southern California area have done substantial damage to one of Mr. Jordan's real estate properties. He seeks to use the next 60 days to conduct needed repairs to maintain the value of the property, which may be needed to satisfy his forfeiture judgment. The parties are also in the process of negotiating a possible forfeiture settlement on the use of substitute assets to satisfy the forfeiture money judgment.

We conferred with A.U.S.A. Cecilia Vogel on this motion, and on behalf of the government, she consents to the requested relief.

Respectfully submitted,

/S/HEM
_____
Henry E. Mazurek
Jason I. Ser
*Counsel for Defendant Dillon Jordan*

cc: Counsel of record (*via ECF* and *email*)