UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
  -v-                                                             :    21 Cr. 423 (JPC)
:
DILLON JORDAN,                                                    :    ORDER
:
                          Defendant.                              :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Government shall file a response to Defendant's motion for a sentence reduction, Dkt. 75, by January 6, 2025.

    SO ORDERED.

Dated: December 10, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                              United States District Judge