U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

December 31, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Dillon Jordan*, No. 21 Cr. 423 (JPC)

Dear Judge Cronan:

    The Government respectfully requests to extend its deadline to respond to defendant Dillon Jordan's motion to reduce his sentence from January 6 to January 10, 2025, in light of the holidays and the undersigned's pre-planned leave. The defense consents to the request.

        Respectfully submitted,

        EDWARD Y. KIM
        Acting United States Attorney

By:    /s/
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084

CC: Henry Mazurek, Esq., and Jason Ser, Esq. (via ECF and email)

The request is granted.  The Government's deadline to respond to the motion is extended to January 10, 2025. The Clerk of Court is respectfully directed to close Docket Number 77.

SO ORDERED.
Date: January 1, 2025
New York, New York

JOHN P. CRONAN
United States District Judge